```
                                                    FILED
                                                  June 22, 2010
       UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                               EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA            CALIFORNIA
                                                   DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10MJ00175-KJM-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| TEVIN TAN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TEVIN TAN , Case No.  2:10MJ00175-KJM-1 , Charge  21USC § 846, 841(a)(1), and 856 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　__　Bail Posted in the Sum of $_____

　　　　__　Unsecured Appearance Bond

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　✔　(Other)　　Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 22, 2010  at  2:00 pm  .

　　　　　　　　　　　　By   /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court